UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Thomas Anderson, et al.
                Plaintiff,

v.                                           Case No.: 1:23−cv−00989
                                                  Honorable Matthew F. Kennelly

Scott Kirby, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 30, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: Defendants' motion to dismiss [16] is denied as moot based on plaintiffs' filing of a motion for leave to amend. In addition, the last sentence of the minute entry dated 6/22/2023 [24] is corrected to state: The Court will set a further status hearing after it issues a ruling on the motion **for leave to amend**. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.