UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOMAS ANDERSON, *et al.*, | § § § |
| Plaintiffs, | § Case No. 1:23-CV-00989 |
| v. | § § |
| | § Honorable Matthew F. Kennelly |
| UNITED AIRLINES, INC**.**, *et al.*, | § § § |
| Defendants. | § |

**Motion for Leave to Withdraw as Local Counsel**

Attorney Kevin F. O'Connor, for his motion to withdraw as local counsel for Plaintiffs, states as follows:

1. O'Connor is local counsel for Plaintiffs in this matter.

2. Pursuant to agreement with Lead Counsel and Plaintiffs in this matter, O'Connor requests leave to withdraw as local counsel.

Wherefore, Attorney Kevin F. O'Connor respectfully requests that the Court enter an Order granting him leave to withdraw as local counsel for Plaintiffs.

Respectfully submitted by:

  /s/ Kevin F. O'Connor  .

Atty No. 6300449
O'Connor | O'Connor, P.C.
110 E. Schiller St., Ste. 212
Elmhurst, IL 60126
Office Phone:  630-903-6397
kevin@oconnor-oconnor.com

1

**Certificate of Service**

The undersigned attorney hereby certifies that on November 16, 2023, the foregoing Motion for Leave to Withdraw as Local Counsel was filed with the Clerk of the Court and entered into the Court's CM/ECF system, and was served upon those in the below service list.

/s/ Kevin F. O'Connor  .

Service List

- Alexander V. Maugeri:   amaugeri@jonesday.com

- Donald J. Munro:   dmunro@jonesday.com

- John M. Pierce:   jpierce@piercebainbridge.com , DocketBOS@piercebainbridge.com , DocketLA@piercebainbridge.com

- Jordan Melissa Matthews:   jmatthews@jonesday.com , amaugeri@jonesday.com , dmunro@jonesday.com , docketcentral@jonesday.com , mhogan@jonesday.com , mjimenez@jonesday.com

**Notice has been delivered by direct email to:**

- John Pierce: jpierce@johnpiercelaw.com ; elambert@johnpiercelaw.com; kcusick@johnpiercelaw.com ; rroots@johnpiercelaw.com ;

2