IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOMAS ANDERSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED AIRLINES, INC.,<br><br>　　　　Defendant. | No. 23-cv-00989<br><br>Judge Matthew F. Kennelly |

**UNITED AND ALPA'S MOTION TO REASSIGN
RELATED CASES PURSUANT TO LOCAL RULE 40.4**

Pursuant to Local Rule 40.4, Defendants United Airlines, Inc. ("United") and Air Line Pilots Association, International ("ALPA") (collectively "Defendants") jointly request that *Hassett v. United Airlines, Inc.*, No. 23-cv-14592[1]; *Engstrom, Shaw v. United Airlines, Inc., and Air Line Pilots Association, International*, No. 23-cv-15792; and *Oka v. United Airlines, Inc. and Air Line Pilots Association, International*, No. 23-cv-15793 be reassigned to the instant calendar.

1. Six cases involving challenges to United's COVID-19 vaccine policies and procedures, and ALPA's responses to them, are now (or were) pending in this Court. *See Ellis v. United*, No. 23-cv-123 (alleging discrimination under the Americans with Disabilities Act by United); *Anderson, et al. v. United, et al.*, No. 23-cv-989 (various claims against United challenging its COVID-19 vaccine policy, including, *inter alia*, failure to accommodate under Title VII, invasion of privacy, negligence, and the Genetic Information Non-Discrimination Act); *Wickstrom, et al. v. ALPA*, No. 23-cv-2631 (alleging breach of duty of fair representation against ALPA); *Hassett v.* United, No. 23-cv-14592 (alleging discrimination by United under ADA, Title

---

[1] Because ALPA is not a defendant in *Hassett*, the request to transfer *Hassett* is made solely by United.

VII, and the Arizona Civil Rights Act); *Engstrom, Shaw v. United, ALPA*, No. 23:-cv-15792 (alleging: (1) discrimination against United under the Florida Civil Rights Act ("FCRA") for disability and religious discrimination, failure to accommodate, and retaliation; (2) discrimination, retaliation, and failure to accommodate by ALPA in violation of Title VII, the Americans with Disability Act, and the FCRA, as well as intentional infliction of emotional distress and civil conspiracy under Florida law); *Oka v. United, ALPA*, No. 23-cv-15793 (alleging discrimination against United and ALPA under Title VII and the Kentucky Civil Rights Act and breach of the duty of fair representation against ALPA) (collectively the "Cases").

2. Several of these matters were transferred here from the courts where they were filed, with the transferring courts noting that *Oka*, *Engstrom*, and *Hassett* are related to *Wickstrom*, *Anderson*, and *Ellis*.

3. On November 27, 2023, counsel for United sent counsel for the Plaintiffs in *Oka*, *Engstrom*, and *Hassett* an email, with counsel for ALPA included. In the email, United explained that each case is related to *Ellis*, *Anderson*, and *Wickstrom* and sought the agreement of the *Oka*, *Engstrom*, and *Hassett* lawyers to ALPA and United's Local Rule 40.4 Motion to Reassign the cases. Counsel for *Hassett* and Plaintiffs' counsel in *Engstrom* have objected to the Motion. Counsel for *Oka* has not responded as of the filing of this Motion.

4. Pursuant to Local Rule 40.4, Defendants respectfully request that the Court transfer *Oka*, *Engstrom*, and *Hassett* to the calendar where the lowest numbered case, *Ellis*, was filed, and where *Anderson* and *Wickstrom* are pending. The Cases pending in this Court are related within the meaning of Local Rule 40.4(a), and they also satisfy the criteria of Local Rule 40.4(b), as the handling of all of the cases by the same judge is likely to result in a substantial saving of judicial time and effort, the earlier cases have not progressed to a point where designating a later filed case

as related would delay the proceedings, and the cases are susceptible of disposition in a single proceeding.

WHEREFORE Defendants United Airlines, Inc. and Air Line Pilots Association, International respectfully request that *Oka*, *Engstrom,* and *Hassett*[2] be transferred to the calendar where the lowest numbered related case was filed.

                                                                          Respectfully submitted,

                                                                          UNITED AIRLINES, INC.

                                                                          By: */s/ Angela R. Huisingh*
                                                                          One of United's Attorneys

Shanthi V. Gaur, Bar No. 06224996
sgaur@littler.com
Angela R. Huisingh, Bar No. 6319257
ahuisingh@littler.com
LITTLER MENDELSON, P.C.
321 North Clark Street
Suite 1100
Chicago, IL 60654
Telephone:    312.372.5520
Facsimile:     312.372.7880

                                                                    AIR LINE PILOTS ASSOCIATION,
                                                                    INTERNATIONAL

                                                                    By: */s/ Rami N. Fakhouri*

James K. Lobsenz (*pro hac vice*)           Rami N. Fakhouri
Joshua J. Ellison (*pro hac vice*)            Caleb A. Kennedy
AIR LINE PILOTS ASSOCIATION,        GOLDMAN ISMAIL TOMASELLI
  INTERNATIONAL                                 BRENNAN & BAUM LLP
Legal Department                             200 South Wacker Drive
7950 Jones Branch Drive, Suite 400S    22nd Floor
McLean, VA 22102                            Chicago, IL 60606
Tel.: (703) 481-2423                         Tel.: (312) 681-6000

---

[2] Because ALPA is not a defendant in *Hassett*, the request to transfer *Hassett* is made solely by United.

3

| | |
|---|---|
| Fax: (703) 481-2478 | Fax: (312) 881-5191 |
| *Jim.Lobsenz@alpa.org* | *rfakhouri@goldmanismail.com* |
| *Joshua.Ellison@alpa.org* | *ckennedy@goldmanismail.com* |

*Attorneys for Defendant Air Line Pilots Association, International*

Dated: December 4, 2023

## CERTIFICATE OF SERVICE

Angela R. Huisingh, an attorney, hereby certifies that on December 4, 2023, she caused a copy of the foregoing *ALPA and United's Motion to Reassign Related Cases* to be electronically filed with the Clerk of the Court, using the court's CM/ECF system, and by causing same to be served electronically to counsel listed below:

John M. Pierce
John Pierce Law, P.C.
21550 Oxnard Street, 3rd Floor PMB 172
Woodland Hills, CA 91367
jpierce@johnpiercelaw.com
*Attorneys for the Plaintiffs in Anderson*

Kevin F. O'Connor
O'Connor | O'Connor, P.C.
110 E. Schiller Street, Suite 212
Elmhurst, IL 60126
kevin@oconnor-oconnor.com
*Attorneys for the Plaintiffs in Anderson*

Joshua W. Carden
Carden Livesay, Ltd.
419 East Juanita Avenue
Suite 103
Mesa, AZ 85204
joshua@cardenlivesay.com
*Attorneys for Plaintiff Hassett*

Taylor J. Ferguson
Biesecker Dutkanych & Macer, LLC
144 N. Delaware Street
Indianapolis, IN 46204
tferguson@bdlegal.com
*Attorneys for Plaintiff Oka*

Robert E. Barnes (Pro Hac Vice pending)
Lexis Anderson (Pro Hac Vice pending)
Barnes Law
700 South Flower Street, Suite 1000
Los Angeles, CA 90017
robertbarnes@barneslawllp.com

lexisanderson@barneslawllp.com
*Attorneys for Plaintiff Oka*

Nathan McCoy
Molly Mullen
Wilson McCoy, P.A.
100 E. Sybelia Avenue, Suite 205
Maitland, FL 32751
nmccoy@wilsonmccoylaw.com
mmullen@wilsonmccoylaw.com
*Attorneys for Plaintiffs Engstrom and Shaw*

| | |
|---|---|
| James K. Lobsenz (*pro hac vice*) | Rami N. Fakhouri |
| Joshua J. Ellison (*pro hac vice*) | Caleb A. Kennedy |
| AIR LINE PILOTS ASSOCIATION, INTERNATIONAL | GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP |
| Legal Department | 200 South Wacker Drive |
| 7950 Jones Branch Drive, Suite 400S | 22nd Floor |
| McLean, VA 22102 | Chicago, IL 60606 |
| Tel.: (703) 481-2423 | Tel.: (312) 681-6000 |
| Fax: (703) 481-2478 | Fax: (312) 881-5191 |
| *Jim.Lobsenz@alpa.org* | *rfakhouri@goldmanismail.com* |
| *Joshua.Ellison@alpa.org* | *ckennedy@goldmanismail.com* |

*Attorneys for Defendant Air Line Pilots Association, International*

  */s/ Angela R. Huisingh*
  Angela R. Huisingh