IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **THOMAS ANDERSON,**<br><br>       Plaintiff,<br><br>v.<br><br>**UNITED AIRLINES, INC.,**<br><br>       Defendant. | No. 23-cv-00989<br><br>Judge Matthew F. Kennelly |

**NOTICE OF WITHDRAWAL OF OBJECTION
TO DEFENDANTS' MOTION TO REASSIGN RELATED CASES
PURSUANT TO LOCAL RULE 40.4**

Plaintiffs, JAMES E. ENGSTROM ("Engstrom") and RICHARD SHAW ("Shaw"), of Case No.: 1:23-CV-15792, currently pending in the United States District Court for the Northern District of Illinois Eastern Division, and before the Honorable Steven C. Seeger, respectfully withdraw their objection to Defendants United Airlines, Inc. and ALPA's Motion to Reassign Related Cases Pursuant to Local Rule 40.4 and corresponding Memorandum in Support of Their Motion to Reassign Related Cases Pursuant to Local Rule 40.4 ("Motion").

WHEREFORE, Plaintiffs Engstrom and Shaw respectfully requests this Court take notice of Plaintiffs' withdrawal of objection to the Defendants' Motion.

Respectfully submitted this 19th day of December, 2023.

/s/ *Molly Mullen*
Nathan McCoy, Esq. (*pro hac vice*)
Molly Mullen (*pro hac vice*)
WILSON MCCOY, P.A.
100 E. Sybelia Ave, Ste. 205
Maitland, Florida 32751
Telephone: (407) 803-5400
Facsimile: (407) 803-4617

2

E-Mail: nmccoy@wilsonmccoylaw.com
mmullen@wilsonmccoylaw.com
pleadings@wilsonmccoylaw.com

**CERTIFICATE OF SERVICE**

Molly Mullen, an attorney, hereby certifies that on December 19, 2023, she caused a copy of the foregoing **Notice of Withdrawal of Objection to Motion to Reassign Related Cases** to be electronically filed with the Clerk of the Court, using the Court's CM/ECF system, and by causing same to be served electronically to counsel listed below:

James K. Lobsenz (*pro hac vice*)

Joshua J. Ellison (*pro hac vice*)

AIR LINE PILOTS ASSOCIATION, INTERNATIONAL
Legal Department
7950 Jones Branch Drive, Suite 400S McLean, VA 22102
Tel.: (703) 481-2423
Fax: (703) 481-2478
Jim.Lobsenz@alpa.org
Joshua.Ellison@alpa.org

Rami N. Fakhouri

Caleb A. Kennedy
GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP
200 South Wacker Drive 22nd Floor
Chicago, IL 60606
Tel.: (312) 681-6000
Fax: (312) 881-5191
rfakhouri@goldmanismail.com
ckennedy@goldmanismail.com

John M. Pierce
John Pierce Law, P.C.
21550 Oxnard Street, 3rd Floor PMB 172 Woodland Hills, CA 91367
jpierce@johnpiercelaw.com
Attorneys for the Plaintiffs in Anderson

2

Kevin F. O'Connor
O'Connor | O'Connor,
P.C.
110 E. Schiller Street, Suite 212
Elmhurst, IL 60126
kevin@oconnor-oconnor.com
Attorneys for the Plaintiffs in Anderson

Joshua W. Carden
Carden Livesay, Ltd.
419 East Juanita
Avenue Suite 103
Mesa, AZ 85204
joshua@cardenlivesay.com
Attorneys for Plaintiff Hassett

Taylor J. Ferguson
Biesecker Dutkanych & Macer,
LLC 144 N. Delaware Street
Indianapolis, IN 46204
tferguson@bdlegal.com
Attorneys for Plaintiff Oka

Robert E. Barnes (Pro Hac Vice
pending) Lexis Anderson (Pro Hac
Vice pending) Barnes Law
700 South Flower Street, Suite 1000
Los Angeles, CA 90017
robertbarnes@barneslawllp.com

lexisanderson@barneslawllp.com
Attorneys for Plaintiff Oka

      /s/ *Molly Mullen*
      Molly Mullen

2