**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Thomas Anderson, et al.
                     Plaintiff,

v.                                              Case No.: 1:23−cv−00989
                                            Honorable Matthew F. Kennelly

Scott Kirby, et al.
                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, December 22, 2023:

       MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status hearing held on 12/22/2023. Oral ruling made on the defendant's motion to reassign related cases [39]. Defendant's motion to reassign related cases [39] is granted for the reasons stated on the record. The Court will ask the Executive Committee to transfer the related cases. By no later than 1/5/2024, the parties are directed to file a joint status report under Case No. 23 C 998 proposing a schedule for briefing motions to dismiss in the Oka and Engstrom cases. The Hassett case should proceed on the existing briefing schedule set by Judge Bucklo. the that has a schedule for motions, responses, and replies. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.