IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOMAS ANDERSON, <br><br> Plaintiff, <br><br> v. <br><br> UNITED AIRLINES, INC., <br><br> Defendant. | No. 23-cv-00989 <br><br> Judge Matthew F. Kennelly |

## JOINT STATUS REPORT

Pursuant to this Court's December 22, 2023 Order, Plaintiffs and Defendants provide the following Joint Status Report with their proposed schedule for briefing motions to dismiss in the cases of *Engstrom, Shaw v. United Airlines, Inc., and Air Line Pilots Association, International*, No. 23-cv-15792; and *Oka v. United Airlines, Inc. and Air Line Pilots Association, International*, No. 23-cv-15793.

### *Engstrom, Shaw v. United Airlines, Inc., and Air Line Pilots Association, International*, Case No. 23-cv-15792

The parties propose the following schedule:

Amended Complaint by Plaintiffs Engstrom and Shaw due by January 30, 2024.

Motions to Dismiss by United Airlines, Inc. ("United") and Air Line Pilots Association, International ("ALPA") due by March 8, 2024.

Response by Plaintiffs to both Motions to Dismiss due by April 5, 2024.

Reply by United and ALPA due by April 26, 2024.

### *Oka v. v. United Airlines, Inc., and Air Line Pilots Association, International*, Case No. 23-cv-15793

The parties propose the following schedule:

Amended Complaint by Plaintiff due by January 30, 2024.

Motions to Dismiss by ALPA and United due by March 8, 2024.

Response by Plaintiff to both Motions to Dismiss due by April 5, 2024.

Reply by United and ALPA due by April 26, 2024.

*__Hassett v. United Airlines, Inc.__*__, No. 23-cv-14592__

In addition, as noted in the Court's December 22, 2023 Order, the *Hassett* case will proceed according to the briefing schedule previously set by Judge Bucklo. United's reply shall be filed by January 8, 2024.

Dated: January 5, 2024                                        Respectfully submitted,

**UNITED AIRLINES, INC.**

By: */s/ Shanthi V. Gaur*
One of United's Attorneys

Shanthi V. Gaur, Bar No. 06224996
sgaur@littler.com
Angela R. Huisingh, Bar No. 6319257
ahuisingh@littler.com
LITTLER MENDELSON, P.C.
321 North Clark Street
Suite 1100
Chicago, IL 60654
Telephone:  312.372.5520
Facsimile:   312.372.7880

2

**AIR LINE PILOTS ASSOCIATION, INTERNATIONAL**

By: */s/ Rami N. Fakhouri*
One of Air Line Pilots Association, International's Attorneys

Rami N. Fakhouri
Caleb A. Kennedy
GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP
200 South Wacker Drive, 22nd Floor
Chicago, IL 60606
*rfakhouri@goldmanismail.com*
*ckennedy@goldmanismail.com*

James K. Lobsenz (*pro hac vice*)
Joshua J. Ellison (*pro hac vice*)
AIR LINE PILOTS ASSOCIATION, INTERNATIONAL
Legal Department
7950 Jones Branch Drive, Suite 400S
McLean, VA 22102
*Jim.Lobsenz@alpa.org*
*Joshua.Ellison@alpa.org*

**JAMES E. ENGSTROM AND RICHARD SHAW**

By: */s/ Molly Mullen*
One of James E. Engstrom's and Richard Shaw's Attorneys

Nathan McCoy, Esq. (Florida Bar No. 676101) (*pro hac vice*)
Molly Mullen, Esq. (Florida Bar No. 1038812) (*pro hac vice*)
WILSON MCCOY, P.A.
100 E Sybelia Avenue, Suite 205
Maitland, FL 32751-4757
*nmccoy@wilsonmccoylaw.com*
*mmullen@wilsonmccoylaw.com*

**JOSEPH JOHN OKA**

By: */s/ Lexis Anderson (Subject to Admission Pro Hac Vice)*

One of Joseph John Oka's Attorneys

Robert E. Barnes (*Subject to Admission Pro Hac Vice*)
Lexis Anderson (*Subject to Admission Pro Hac Vice*)
Barnes Law
700 South Flower Street, Suite 1000
Los Angeles, CA 90017
*robertbarnes@barneslawllp.com*
*lexisanderson@barneslawllp.com*

**JOHN HASSETT**

By: */s/ Joshua Carden*
One of John Hassett's Attorneys

Joshua W. Carden, AZBN 24050379 (*pro hac vice*)
CARDEN LIVESAY, LTD.
419 East Juanita Avenue, Suite 103
Mesa, AZ 85204
*joshua@cardenlivesay.com*

4

**CERTIFICATE OF SERVICE**

      Shanthi V. Gaur, an attorney, hereby certifies that on January 5, 2024, she caused a copy of the foregoing *Joint Status Report* to be electronically filed with the Clerk of the Court, using the court's CM/ECF system, and by causing same to be served electronically to counsel listed below:

John M. Pierce
John Pierce Law, P.C.
21550 Oxnard Street, 3rd Floor PMB 172
Woodland Hills, CA 91367
jpierce@johnpiercelaw.com
*Attorneys for the Plaintiffs in Anderson*

Robert E. Barnes (Pro Hac Vice pending)
Lexis Anderson (Pro Hac Vice pending)
Barnes Law
700 South Flower Street, Suite 1000
Los Angeles, CA 90017
robertbarnes@barneslawllp.com
lexisanderson@barneslawllp.com
*Attorneys for Plaintiff Oka*

Kevin F. O'Connor
O'Connor | O'Connor, P.C.
110 E. Schiller Street, Suite 212
Elmhurst, IL 60126
kevin@oconnor-oconnor.com
*Attorneys for the Plaintiffs in Anderson*

Nathan McCoy
Molly Mullen
Wilson McCoy, P.A.
100 E. Sybelia Avenue, Suite 205
Maitland, FL 32751
nmccoy@wilsonmccoylaw.com
mmullen@wilsonmccoylaw.com
*Attorneys for Plaintiffs Engstrom and Shaw*

Joshua W. Carden
Carden Livesay, Ltd.
419 East Juanita Avenue, Suite 103
Mesa, AZ 85204
joshua@cardenlivesay.com
*Attorneys for Plaintiff Hassett*

Taylor J. Ferguson
Biesecker Dutkanych & Macer, LLC
144 N. Delaware Street
Indianapolis, IN 46204
tferguson@bdlegal.com
*Attorneys for Plaintiff Oka*

Rami N. Fakhouri
Caleb A. Kennedy
GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP
200 South Wacker Drive, 22nd Floor
Chicago, IL 60606
Tel.: (312) 681-6000
Fax: (312) 881-5191
rfakhouri@goldmanismail.com
ckennedy@goldmanismail.com
*Attorneys for Defendant Air Line Pilots Association, International*

James K. Lobsenz (pro hac vice)
Joshua J. Ellison (pro hac vice)
AIR LINE PILOTS ASSOCIATION, INTERNATIONAL
Legal Department
7950 Jones Branch Drive, Suite 400S
McLean, VA 22102
Tel.: (703) 481-2423
Fax: (703) 481-2478
Jim.Lobsenz@alpa.org
Joshua.Ellison@alpa.org
*Attorneys for Defendant Air Line Pilots Association, International*

                */s/ Shanthi V. Gaur*
                Shanthi V. Gaur