# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Thomas Anderson, et al.

                    Plaintiff,

v.                                       Case No.: 1:23−cv−00989
                                                 Honorable Matthew F. Kennelly

Scott Kirby, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 11, 2024:

      MINUTE entry before the Honorable Matthew F. Kennelly: Agreed motion to reassign [48] is related. The Court finds that Case No. 24 C 1250, Caraffa v. United Airlines, currently assigned to Judge Tharp, is related to the present case within the meaning of LR 40.4. The Court will request reassignment of the Caraffa case to the undersigned judge's docket. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.